# UNITED STATE DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    CRIMINAL NO: 12-00402-001

    V.

RAHIEN MCINNIS

**ORDER UNSEALING THE
PETITION FOR WARRANT**

    This matter having come before the Court on application of the United States Probation Office for an Order unsealing the Petition for Warrant for violation of the Conditions of Probation/Supervised Release; and

    It Appearing that Warrant for Arrest has been returned executed; and

    It is on this   26th   Day of           April          ,   2023   , hereby,

ORDERED that Clerk is directed to **UNSEAL** the Petition for Warrant which was previously filed under seal.

 

_____
The Honorable Zahid N. Quraishi
United States District Judge